[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  17-14460
Non-Argument Calendar

_____

D.C. Docket No. 4:16-cr-00003-LGW-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD CRAIG HEINITZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 13, 2018)

Before JORDAN, JILL PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

Robert N. Nye III, appointed counsel for Richard Craig Heinitz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Heinitz's conviction and sentence are **AFFIRMED**.